# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| James Hayes Simpson, | ) | Case No.: 4:12-cr-175-18 |
| Defendant. | ) | |

IT IS **ORDERED** that defendant James Hayes Simpson's conditions of release are **AMENDED** to include the following additional conditions:

(1) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(2) Defendant shall submit his bank records to a search conducted by the Pretrial Services Officer at the request of the Pretrial Services Officer.

(3) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

All previously imposed conditions of release remain in effect.

Dated this 27th day of March, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court